UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

United States District Court
Southern District of Texas
FILED

FEB 28 2012

CLERK OF COURT
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. L-12- 185 |
| KEVIN CORLEY<br>AKA: KC<br>JEROME CORLEY<br>CALVIN EPPS<br>AKA: BEEF<br>MARCUS MICKLE<br>AKA: JUNIOR | § § § § § § § § | |

## ORDER FOR ISSUANCE OF BENCH WARRANT

It appearing to the Court that an Indictment has been filed against the Defendants listed below, it is hereby ORDERED that a warrant be issued for the arrest of said Defendants and bail is hereby set in the amount shown below, returnable instanter to the Laredo Division of this Court, such bail to be taken by the United States Magistrate Judge.

| Defendants | AMOUNT OF BAIL |
|---|---|
| KEVIN CORLEY,<br>AKA: KC;<br>JEROME CORLEY;<br>CALVIN EPPS,<br>AKA: BEEF;<br>MARCUS MICKLE,<br>AKA: JUNIOR; | To be set at Initial Appearance |

ENTERED in Laredo, Texas, this 28th day of February, 2012

_____
UNITED STATES MAGISTRATE JUDGE

U. S. MARSHAL'S OFFICE
BY: _____
DATE: _____
TIME: _____